

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dora Jo Motloch, individually and on
behalf of the Estate of James Motloch,
deceased,

Vs. No. 11-12-00142-CV

Albuquerque Tortilla Company, Inc.,

* From the 70th District
  Court of Ector County,
  Trial Court No. A-128,142-A.

* January 16, 2014

* Memorandum Opinion by Wright, C.J..
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Dora Jo Motloch, individually and on behalf of the Estate of James Motloch, deceased.